```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                 JACKSON DIVISION
```

UNITED STATES OF AMERICA

v.                           CRIMINAL NO. 3:11cr90DCB-LRA

WILLIAM GRADY SIMS

                         ORDER

BEFORE THE COURT is the request of William Grady Sims, through counsel, to travel from Mississippi to Tampa, Florida to be with his family on the dates beginning June 1, 2012 until June 5, 2012. Permission is hereby granted.

This the 25th day of May, 2012.


                           s/David Bramlette
                           UNITED STATES DISTRICT JUDGE